# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joseph Michael Ruterman**<br>DOB:1959; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3692MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about June 17, 2026, in the District of Arizona, **Joseph Michael Ruterman**, did knowing or in reckless disregard of the fact that certain aliens, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 17, 2026, in the District of Arizona (Douglas), at approximately 7:29 a.m., Customs and Border Protection Officers (CBPOs) encountered **Joseph Michael Ruterman** presenting himself for inspection at the Douglas Port of Entry as the driver of a gold 2019 Lincoln MKZ bearing Arizona license plate number J0A29K. **Ruterman** presented a United States passport to CBPOs. CBPOs directed **Ruterman** to go through the Z-Portal for a scan of his vehicle. After **Ruterman** went through the Z-Portal, CBPOs received a negative Customs declaration from **Ruterman**, who stated he was on his way to the bank in Douglas Arizona. CBPOs asked **Ruterman** to step out of the vehicle and wait by the waiting area in secondary. CBPO Z-Portal operator advised CBPOs to inspect the trunk due to anomalies seen on the scan. A CBPO canine did an air sniff of the trunk before opening, and it alerted to scents it was trained to detect. CBPOs opened the trunk and saw a blanket, then removed the blanket and saw a human shoulder. Three subjects were removed from the trunk and admitted to being citizens and nationals of Mexico. Record checks revealed the three subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally.

After waving his Miranda Rights, principal **Joseph Michael Ruterman** admitted that he knew there were three subjects hiding in the trunk of his vehicle. The vehicle he was driving belonged to him. About five months ago a man approached him and asked if he would like to smuggle people into the United States. The man stated that **Ruterman** would get paid $1500 per smuggled person. A week ago, the man went to **Ruterman's** house to install a shock in his vehicle for the purpose of not making the vehicle appear low whenever the subjects get placed in the trunk. The man went to **Ruterman's** house in Mexico for his vehicle on June 17, 2026, and took the vehicle for approximately ten minutes. He knew the reason the man was taking his vehicle was to hide three individuals in his trunk. As soon as the man retuned with his vehicle, **Ruterman** got inside and drove straight to the port of entry. He waited approximately one hour in line before he made it to the primary booth. He knew that the three subjects hiding inside the trunk of his vehicle did not have legal documented to enter the United States but was not aware of their nationality.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE and NAME<br>Customs and Border Protection Officer<br>CLAUDIA KAMINSKA |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>June 18, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle